CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
6/16/2022
JULIA C. DUDLEY, CLERK
BY: s/ A. Little
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

WANDA D. HARRISON,

    Plaintiff,

v.

VARIETY STORES, INC.,
d/b/a ROSES STORES;

    Defendant.

Civil Action No. ___4:22CV00029___
Martinsville City Circuit Court Case No.
CL22000116-00

## NOTICE OF REMOVAL

Variety Stores, Inc., d/b/a Roses Stores ("Variety Stores"), by counsel, pursuant to 28 U.S.C. 1441 and 1446, hereby files this *Notice of Removal* on the following grounds:

1. Plaintiff filed suit in Circuit Court for the City of Martinsville on May 12, 2022, seeking $250,000.00 in compensatory damages against Variety Stores. A copy of the Summons, Complaint, Plaintiff's Interrogatories to Defendant, and Plaintiff's Request for Production to Defendant are attached as Exhibit A. Variety Stores was served with the Complaint on May 25, 2022.

2. Variety Stores timely filed an Answer in the Martinsville Circuit Court on June 10, 2022. A copy of the Answer is attached as Exhibit B.

3. There have been no further proceedings in this action.

4. Upon information and belief, Plaintiff is a citizen of Virginia.

5. Variety Stores is a North Carolina corporation with its principal place of business at 218 S. Garnett St., Henderson, North Carolina 27536-4644.

6. The action involves a controversy between citizens of different states. There is complete diversity of citizenship.

7. The amount in controversy exceeds the jurisdictional limits of $75,000.

8. This Court has original jurisdiction in this matter pursuant to 28 U.S.C. § 1332(a), and the action may therefore be removed to this Court pursuant to 28 U.S.C. § 1441(a). Variety Stores desires to remove this action to this Court.

9. Pursuant to 28 U.S.C. § 1446 (b)(2)(B), this Notice of Removal is being filed within thirty (30) days after the date Variety Stores was served with the Complaint.

10. Pursuant to 28 U.S.C. § 1441(a), venue of this removal action is proper in the Western District of Virginia, Danville Division, because it is in the district and division embracing the place where the state court action is pending.

11. Promptly after the filing of this Notice of Removal, Variety Stores will give written notice of the removal to Plaintiff, the adverse party, and will file a copy of this Notice of Removal with the Circuit Court for the City of Martinsville, as required by 28 U.S.C. § 1446(d).

WHEREFORE, Variety Stores, Inc., d/b/a Roses Stores by counsel, respectfully requests that this action be removed from the City of Martinsville Circuit Court to this Court.

By: _____
Counsel

Lawrence A. "Lex" Dunn (VSB #30324)
Sarah K. Knarzer (VSB #97063)
McCandlish Holton, P.C.
P.O. Box 796
1111 East Main Street, Suite 2100
Richmond, VA 23219
(804) 344- 6307 Telephone
(804) 819-1175 Facsimile
LDunn@lawmh.com
sknarzer@lawmh.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 16 day of June 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. A true and accurate copy of the foregoing will be sent via U.S. mail to the following:

Terry L. Armentrout, Esquire
Armentrout Accident & Injury Law, LLC
Two South Main Street, Suite 301
Harrisonburg, Virginia 22802
540-564-1466
Fax 540-434-7929
*Counsel for Plaintiff*

And via U.S. Mail to:

Hon. Ashby R. Pritchett
Martinsville City Circuit Court
P. O. Box 1206
55 W. Church Street
Martinsville, VA 24114-1206

Lawrence A. "Lex" Dunn (VSB #30324)
Sarah K. Knarzer (VSB #97063)
McCandlish Holton, P.C.
P.O. Box 796
1111 East Main Street, Suite 2100
Richmond, VA 23219
(804) 344- 6307 Telephone
(804) 819-1175 Facsimile
LDunn@lawmh.com
sknarzer@lawmh.com
*Counsel for Defendant*

3